WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

FILED'05 SEP 06 13:14usbc-ore

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**JERRY DAY,**                                           CV # 04-520-AA

    Plaintiff,

vs.                                                      ORDER

**COMMISSIONER of Social Security,**

    Defendant.

Attorney fees in the amount of $4,675.00 are hereby awarded to Plaintiff pursuant to the

Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this _6_ day of _September,_ 2005.

_____
United States District Judge

Submitted on August 25, 2005 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1